

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-CR-188-LDG-GWF |
| Plaintiff, | |
| vs. | |
| KENNEDY LE | |
| Defendant. | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#61) on June 23, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| WELLS FARGO BANK | 25,053.89 |
| BANK OF AMERICA | 4,168.98 |
| FLEET BANK | 4,170.98 |
| PACIFIC SERVICES CREDIT UNION | 1,050.99 |
| MECHANICS BANK | 4,167.98 |
| U S BANK NA | 2,081.99 |
| FIRST METROPOLITIAN CREDIT UNION | 4,204.99 |
| CITIBANK | 2,082.99 |
| FDIC RESTITUTION PAYMENTS (formally Washington Mutual Bank) | 1,047.99 |
| CHASE | 6,253.97 |
| SUMISHIN CARD CO LTD | 2,090.99 |

**Total Amount of Restitution ordered:** $56,375.74

Dated this ____2____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE